AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| COMMUNITY FOR CREATIVE NON-VIOLENCE<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED STATES OF AMERICA; ALEX M. AZAR, II, DEPARTMENT OF HEALTH AND HUMAN SERVICES; EMILY W. MURPHY, U.S. GENERAL SERVICES ADMINISTRATION<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 21-cv-00044-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alex M. Azar, II, Secretary of the Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PAUL J. KIERNAN
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 663-7276
Fax: (202) 955-5564

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  1/11/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| COMMUNITY FOR CREATIVE NON-VIOLENCE<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED STATES OF AMERICA; ALEX M. AZAR, II, DEPARTMENT OF HEALTH AND HUMAN SERVICES; EMILY W. MURPHY, U.S. GENERAL SERVICES ADMINISTRATION<br><br>*Defendant(s)* | Civil Action No. 21-cv-00044-DLF |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Emily W. Murphy, U.S. General Services Adminstration, 1800 F Street, N.W., Washington, DC 20405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PAUL J. KIERNAN
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 663-7276
Fax: (202) 955-5564

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  1/11/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| COMMUNITY FOR CREATIVE NON-VIOLENCE <br><br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES OF AMERICA; ALEX M. AZAR, II, DEPARTMENT OF HEALTH AND HUMAN SERVICES; EMILY W. MURPHY, U.S. GENERAL SERVICES ADMINISTRATION <br><br> *Defendant(s)* | Civil Action No. 21-cv-00044-DLF |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Michael R. Sherwin, United States Attorney's Office for the District of Columbia, 555 4th Street, N.W., Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL J. KIERNAN
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 663-7276
Fax: (202) 955-5564

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 1/11/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| COMMUNITY FOR CREATIVE NON-VIOLENCE<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED STATES OF AMERICA; ALEX M. AZAR, II, DEPARTMENT OF HEALTH AND HUMAN SERVICES; EMILY W. MURPHY, U.S. GENERAL SERVICES ADMINISTRATION<br><br>*Defendant(s)* | Civil Action No. 21-cv-00044-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeffrey A. Rosen, Office of the United States Attorney General, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PAUL J. KIERNAN
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 663-7276
Fax: (202) 955-5564

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  1/11/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: