**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COMMUNITY FOR CREATIVE NON-VIOLENCE, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 21-0044 (DLF) |
| UNITED STATES OF AMERICA, et al., | ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Benton G. Peterson, Assistant U.S. Attorney, as counsel of record for the Defendants in the above-captioned case.

Dated: February 3, 2021              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ *Benton G. Peterson*
　　　　　　　　　　　　　　　　　　　　BENTON G. PETERSON
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 1029849
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　(202) 252-2534
　　　　　　　　　　　　　　　　　　　　benton.peterson@usdoj.gov