**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

**Community for Creative Non-Violence**

Plaintiff

Case No.: 1:21-cv-00044-DLF

vs.

**United States of America, et al.**

Defendant(s)

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons and Complaint for Breach of Contract, Quiet Title, Declaratory Relief, and Injunctive Relief

SERVE TO: Alex M. Azar, II, Secretary of the Department of Health and Human Services

SERVICE ADDRESS: 200 Independence Avenue, SW, Washington, DC 20201

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Alex M. Azar, II, Secretary of the Department of Health and Human Services at 200 Independence Avenue, SW, Washington, DC 20201 on 01/12/2021 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7019 1120 0001 3834 1096. Service was signed for on 01/28/2021 by Tabitha Caldwell, return receipt attached.

I declare under penalty of perjury that this information is true.

2/5/2021
Executed On

Louis Gerrick

Client Ref Number: 094000-10558
Job #: 1585380

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alex M. Azar, II, Secretary of the
   Department of Health and Human Services
   200 Independence Avenue, SW
   Washington, DC 20201

   9590 9402 6273 0274 6484 14

2. Article Number (Transfer from service label)

   7019 1120 0001 3834 1096

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Caldwell
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Tabitha Caldwell
C. Date of Delivery: 1/28/21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| COMMUNITY FOR CREATIVE NON-VIOLENCE<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES OF AMERICA; ALEX M. AZAR, II, DEPARTMENT OF HEALTH AND HUMAN SERVICES; EMILY W. MURPHY, U.S. GENERAL SERVICES ADMINISTRATION<br>*Defendant(s)* | Civil Action No. 21-cv-00044-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alex M. Azar, II, Secretary of the Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PAUL J. KIERNAN
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 663-7276
Fax: (202) 955-5564

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 1/11/2021



/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*