IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMUNITY FOR CREATIVE NON-VIOLENCE**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** by XAVIER BECERRA, Secretary of the DEPARTMENT OF HEALTH AND HUMAN SERVICES and KATY KALE, Acting Administrator of the GENERAL SERVICES ADMINISTRATION, <br><br> Defendants. | Case No. 1:21-cv-00044 (DLF) |

**PRAECIPE**

Pursuant to Fed.R.Civ.P. 15(a)(1)(B), plaintiff files the attached Amended Complaint, along with a copy showing the changes in Paragraphs 3 and 33 from the original complaint.

                                                Respectfully submitted,

                                                /s Paul J. Kiernan
                                                Paul J. Kiernan (D.C. Bar No. 385627)
                                                Christopher Cohen (D.C. Bar No. 1044230)
                                                (*pro hac vice* motion forthcoming)
                                                HOLLAND & KNIGHT LLP
                                                800 17th Street, N.W., Suite 1100
                                                Washington, D.C. 20006
                                                Phone: 202-663-7276
                                                Fax: 202-955-5564
                                                Email: paul.kiernan@hklaw.com
                                                Email: christopher.cohen@hklaw.com

/s John G. Calender
John G. Calender (D.C. Bar No. 939124)
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C
901 K Street, N.W.
Suite 900
Washington, D.C. 20001
Email: jcalender@bakerdonelson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2021, this Praecipe was served through the CM/ECF service on counsel of record.

/s Paul J. Kiernan
Paul J. Kiernan