UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY FOR CREATIVE NON-VIOLENCE, <br><br> Plaintiff <br><br> v. <br><br> UNITED STATES OF AMERICA, and XAVIER BECERRA   Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and KATY KALE, Acting Administrator UNITED STATES GENERAL SERVICES ADMINISTRATION, <br><br> Defendants. | Civil Action No. 21-00044 (DLF) |

**JOINT RULE 16.3 REPORT**

The parties, having conferred, hereby provide this Report to the Court, in accordance with Local Rule 16.3.

With regard to the topics listed in LCvR 16.3(c), the parties agree to the following:

1. Dispositive Motions: Plaintiff has filed an amended complaint, to which the United States will respond by April 27, 2021. If the United States files a renewed Rule 12(c) motion, the parties agree that discovery should be stayed until a ruling on defendant's motion.

2. Joinder of Parties/Amendment of Complaint/Narrowing of Issues: The parties do not anticipate that any additional parties will be joined. Plaintiff has filed an amended complaint on April 14, 2021.  The parties do not believe that the issues in the case will be further narrowed prior to discovery.

3. Magistrate: The parties do not consent to referral of this case to a magistrate.

4. Possibility of settlement: It is unclear whether there is a realistic possibility of settling this case; however, both parties are open to discussions.

5. ADR: The parties agree that ADR may be appropriate prior to discovery but after a ruling on defendant's renewed dispositive motion

6. Motions: If the case is not settled or otherwise resolved, the parties believe this matter can be resolved by summary-judgment motion following the conclusion of discovery.

7. Initial disclosures: The parties propose to dispense with the requirements of Rule 26(a)(1).

8. Discovery: The parties request that they be granted 150 days for discovery. The parties propose that they be limited to 5 depositions per side, 10 interrogatories per side, 10 document requests per side, 25 requests for admission per side, and that the standard limits on discovery, pursuant to the federal and local rules, shall otherwise apply. The parties agree that discovery should not commence until after the Court rules on defendant's dispositive motion.

9. Experts: At this time, the parties do not anticipate that they will be relying on expert witnesses. However, the parties reserve the right to do so. The parties propose that the requirements of Rule 26 regarding experts should apply.

10. Class Action: N/A

11-13. Trial: Defendant at this time does not believe that a trial is appropriate in this matter and that this matter can resolved without resort to trial. Plaintiff believes that this matter can and should be settled short of trial, failing which it can still be resolved by summary-judgment motion. If this matter were to go to trial, the parties propose that the date for the pretrial conference be set at the close of discovery, and after resolution of any dispositive motion, and that the trial date be scheduled for 30-60 days after the pretrial conference date.

Respectfully submitted,

/s Paul J. Kiernan
Paul J. Kiernan (D.C. Bar No. 385627)
Christopher Cohen (D.C. Bar No. 1044230)
(*pro hac vice* motion forthcoming)
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Phone: 202-663-7276
Fax: 202-955-5564
Email: paul.kiernan@hklaw.com
Email: christopher.cohen@hklaw.com


/s John G. Calender
John G. Calender (D.C. Bar No. 939124) Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C
901 K Street,
N.W. Suite 900
Washington, D.C. 20001
Email: jcalender@bakerdonelson.com


CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney


BRIAN HUDAK
Acting Chief, Civil Division


/S
BENTON G. PETERSON, BAR # 102984
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2534
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COMMUNITY FOR CREATIVE NON-VIOLENCE, | ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 21-00044 (DLF) |
| v. | ) ) ) | |
| UNITED STATES OF AMERICA, and XAVIER BECERRA   Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and KATY KALE, Acting Administrator UNITED STATES GENERAL SERVICES ADMINISTRATION, | ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |

ORDER

Upon consideration of the parties' Local Rule 16.3 report, it is this _____ day of _____,

ORDERED, that discovery will be stayed pending the Court's ruling on defendant's dispositive motion. Should the defendant's motion be denied in whole or in part, the following discovery schedule is set:

Close of fact discovery: 150 days after the Court's ruling on defendant's motion;.
The parties' shall have to five depositions per side, 10 interrogatories per side, 10 document requests per side, 25requests for admission per side, and that the standard limits on discovery, pursuant to the federal and local rules, shall otherwise apply.

FURTHER ORDERED, at the close of discovery, the parties shall provide a further status report detailing a proposed briefing schedule or other schedule as appropriate.

_____
UNITED STATES DISTRICT JUDGE