# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY FOR CREATIVE NON-VIOLENCE,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA, and XAVIER BECERRA  Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and KATY KALE, Acting Administrator UNITED STATES GENERAL SERVICES ADMINISTRATION,<br><br>Defendants. | Civil Action No. 21-00044 (DLF) |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' COUNTERCLAIM

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Community for Creative Non-Violence, by and through counsel, respectfully requests an extension of time in which to file its response to Defendants' Counterclaim.

On March 30, 2021, Defendants filed their Answer and Counterclaim. Plaintiff seeks additional time in which to draft and file its response to the counterclaim.

Counsel for the United States consents to the requested extension.

WHEREFORE Plaintiff requests that it's time to respond to the Counterclaim be extended from April 20, 2021 to May 11, 2021.

Respectfully submitted,

/s Paul J. Kiernan
Paul J. Kiernan (D.C. Bar No. 385627)
Christopher Cohen (D.C. Bar No. 1044230)
(*pro hac vice* motion forthcoming)
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Phone: 202-663-7276
Fax: 202-955-5564
Email: paul.kiernan@hklaw.com
Email: christopher.cohen@hklaw.com


/s John G. Calender
John G. Calender (D.C. Bar No. 939124) Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C
901 K Street,
N.W. Suite 900
Washington, D.C. 20001
Email: jcalender@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2021, this Consent Motion for Extension of Time was served through the CM/ECF service on counsel of record.

/s Paul J. Kiernan
Paul J. Kiernan