## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY FOR CREATIVE NON-VIOLENCE, )<br><br>Plaintiff )<br><br>v. )<br><br>UNITED STATES OF AMERICA, and XAVIER BECERRA Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and KATY KALE, Acting Administrator UNITED STATES GENERAL SERVICES ADMINISTRATION, )<br><br>Defendants. ) | Civil Action No. 21-00044 (DLF) |

## PROPOSED ORDER

Upon consideration of the Consent Motion of Plaintiff Community for Creative Non-Violence for Extension of Time in which to file its response to Defendants' Counterclaim, it is this \_\_\_\_ day of April, 2021, hereby

ORDERED that the Consent Motion be GRANTED; and it is further

ORDERED that Plaintiff shall have until May 11, 2021 to file or respond to Defendants' Counterclaim.

_____
Judge Dabney L. Friedrich

#83783329_v1