IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY FOR CREATIVE NON-VIOLENCE,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and XAVIER BECERRA, Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and ROBIN CARNAHAN, Administrator of the GENERAL SERVICES ADMINISTRATION,<br><br>        Defendants. | Civil Action No. 21-00044 (DLF) |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to LCvR 16.4 and for good cause discussed below, the parties jointly move to modify the scheduling order to (a) extend the discovery period from October 21, 2021, to December 21, 2021, and (b) extend the date for filing the joint post-discovery status report from October 28, 2021, to January 10, 2022.

The parties have been working cooperatively to move the resolution of this case forward. The parties have exchanged written discovery requests but have not yet scheduled depositions or expert presentations. The parties have chosen to focus on their ongoing discussions to settle this case and have been trying to devote time and attention to that. If those efforts do not yield a settlement, the parties would need to time to complete their discovery.

This is the first request to modify the schedule. The short requested extension will not unduly delay the resolution of this case and may give the parties the time to see if they can settle.

WHEREFORE, the parties request that the Court enter an order modifying the scheduling order so that (a) fact discovery closes on December 21, 2021, and (b) the parties file a joint post-discovery status report on or before January 10, 2022.

Respectfully submitted,

Counsel for Plaintiff

/s Paul J. Kiernan
Paul J. Kiernan (D.C. Bar No. 385627)
Christopher Cohen (D.C. Bar No. 044230)
Holland & Knight LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Phone: 202-663-7276
Email: paul.kiernan@hklaw.com


/s John G. Calender
John G. Calender (D.C. Bar No. 939124) Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C
901 K Street,
N.W. Suite 900
Washington, D.C. 20001
Email: jcalender@bakerdonelson.com


Counsel for Defendants

CHANNING D. PHILLIPS
Acting United States Attorney
BRIAN HUDAK
Acting Chief, Civil Division

/s Benton G. Peterson
Benton G. Peterson (Bar # 102984)
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2534
Benton.Peterson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2021, this Joint Motion to Modify Scheduling Order was served through the CM/ECF service on counsel of record.

/s Paul J. Kiernan
Paul J. Kiernan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY FOR CREATIVE NON-VIOLENCE, )<br><br>Plaintiff )<br><br>v. )<br><br>UNITED STATES OF AMERICA, and XAVIER BECERRA, Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and ROBIN CARNAHAN, Administrator of the GENERAL SERVICES ADMINISTRATION, )<br><br>Defendants, ) | Civil Action No. 21-00044 (DLF) |

ORDER

Upon consideration of the parties' Joint Motion to Modify Scheduling Order, and good cause having been shown, it is this ___ day of October, 2021,

ORDERED that the Motion is granted. Fact discovery is to be completed by December 21, 2021, and the parties shall file their post-discovery status report on or before January 10, 2022.

_____
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record